Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

22 – 00 121

for the

District of

SECT.F MAG. 1

Division

)
)
)  Case No. _____
)        *(to be filled in by the Clerk's Office)*
)
SHAWANDA TRENISE LOOKADOO )
*Plaintiff(s)* )  Jury Trial: *(check one)*  ☐ Yes  ☐ No
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
**-v-** )
WIWN-DIXIE STORE, INC. )
MIKE PIAZZA )
)
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHAWANDA TRENISE LOOKADOO |
| Street Address | 837 GRAVIER ST. APT. #1308 |
| City and County | NEW ORLEANS, LA |
| State and Zip Code | LA 70112 |
| Telephone Number | 504-982-2701 |
| E-mail Address | Zslook.NControl@gmail.com |

___ Fee _____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc.No._____

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                        WINN - DIXIE STORES, INC

    Job or Title *(if known)*

    Street Address             501 LOUISIANA AVENUE

    City and County           BATON ROUGE

    State and Zip Code       LA 70802

    Telephone Number      1-866-403-5272

    E-mail Address *(if known)*

Defendant No. 2

    Name                        MIKE PIAZZA

    Job or Title *(if known)*      STORE MANAGER

    Street Address             5400 TCHOUPITOULAS

    City and County           NEW ORLEANS

    State and Zip Code       LA 70115

    Telephone Number      504-895-2966

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  SHAWANDA LOOKADOO  , is a citizen of the State of *(name)*  LA  .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  MIKE PIAZZA  , is a citizen of the State of *(name)*  LA  . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* WINN - DIXIE STORES , is incorporated under

the laws of the State of *(name)* Louisiana , and has its

principal place of business in the State of *(name)* Louisiana .

Or is incorporated under the laws of *(foreign nation)* BATON ROUGE ,

and has its principal place of business in *(name)* 501 LOUISIANA AVENUE, LA-70802

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On JANUARY 12, 2022 I was injured on the WINN-DIXIE STORE Property At 8400 Tchoupitoulas St. New Orleans, LA 70115 The uptown location at 11:25 AM-WINN DIXIE STORE, INC And Agents, Officers, MANAGERS, ARE Responsible for All my injuries, directly and indirectly for Allowing a MALfunctioning Cart, basket on the parking lot grounds. As a Result I was flipped! while running, pushing the basket.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I'm Askin

I'm Asking the Court to order the defendants to PAY All Costs as it Relates to my injuries Caused from being thrown from a defected basket. For present and future Care whatever is needed- in terms of monetary Relief. In short $100,000 maybe more should suffice Cover economic, punitive damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    *Shawanda Lookadoo*

Printed Name of Plaintiff    SHAWANDA LOOKADOO

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____